THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Calvin Gregory Hill, Appellant.
 
 
 

Appeal from Greenville County
 G. Edward Welmaker, Circuit Court Judge

Unpublished Opinion No.  2007-UP-173
Submitted April 2, 2007 Filed April 17, 2007

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Calvin Gregory Hill appeals his conviction for failure to stop for a blue light, and his resulting three year sentence.  Hill alleges the trial judge erred in admitting hearsay testimony.  Hill did not file a pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Hills appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HUFF, BEATTY, and WILLIAMS, JJ., concur

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.